UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE LeFEVRE,<br><br>                    Plaintiff,<br>  v.<br>RICK L. GRANT,<br><br>                    Defendant. | Case No. 3:13-cv-00066-MMD-WGC<br><br>ORDER<br><br>(Notice of Voluntary Dismissal<br>– dkt. no. 10) |

Before the Court is Plaintiff Stephanie LeFevre's Notice of Voluntary Dismissal. (Dkt. no. 10.) Fed. R. Civ. P. 41(a)(1)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant Rick L. Grant has not served either an answer or a motion for summary judgment.

The Court has authority to dismiss the case under Fed. R. Civ. P. 41(a). Accordingly, Plaintiff's claims are dismissed. The Clerk of the Court is ordered to close the case.

ENTERED THIS 10th day of July 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE